UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED SERVICE WORKERS UNION LOCAL 339, INTERNATIONAL UNION OF JOURNEYMEN AND ALLIED TRADES,<br><br>      Plaintiff,<br><br>    -v.-<br><br>THE CITY OF NEW YORK,<br><br>      Defendant. | 21 Civ. 5469 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The parties are hereby ORDERED to appear for a telephone conference regarding the motion for a preliminary injunction on January 20, 2022, at 11:30 a.m.  The dial-in information is as follows: At 11:30 a.m. the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 11:30 a.m.

  SO ORDERED.

Dated: January 10, 2022
     New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge