UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

UNITED SERVICE WORKERS UNION LOCAL 339,
IUJAT,

                                  Plaintiff,    Civil Action No.: 21-cv-5469 (KPF)

       -against-                          **STIPULATION AND
                                                                      ORDER OF SETTLEMENT**

THE CITY OF NEW YORK,

                                  Defendant.

------------------------------------------------------------------ X

        **WHEREAS**, on February 28, 2019, the New York City Council passed Local Law 55 of 2019 (the "Ordinance"), amending New York City Administrative Code Title 16-A, Chapter 1, to provide the New York City Business Integrity Commission ("BIC") with the authority to regulate labor unions and union officials representing employees in the trade waste industry; and

        **WHEREAS**, on June 22, 2021, plaintiff United Service Workers Union Local 339, IUJAT ("Local 339") filed the instant lawsuit against defendant The City of New York (the "City," collectively, the "Parties") in the United States District Court for the Southern District of New York seeking, among other things, injunctive relief to enjoin the enforcement of the Ordinance and the rules and forms promulgated pursuant thereto (the "Action"); and

        **WHEREAS**, on January 20, 2022, Judge Katherine Polk Failla granted Local 339's request for a preliminary injunction and enjoined the enforcement of the Ordinance, rules, and BIC registration forms and Release Authorization against Local 339; and

        **WHEREAS**, on January 28, 2022, as a result of Judge Failla's January 20, 2022 order, the City withdrew the Release Authorization, which had been among the forms promulgated by BIC pursuant to the Ordinance; and

**WHEREAS**, on January 17, 2023, the Court so ordered a Stipulation and Order of Voluntary Dismissal (ECF No. 58) dismissing the Action "with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure in full satisfaction of any and all claims of Local 339 against the City relating to the facts alleged in the Complaint (Dkt. No 1), except for [Local 339's claim for] attorneys' fees and litigation expenses;"[1] and

**WHEREAS**, pursuant to the Stipulation and Order of Voluntary Dismissal, the Court retained jurisdiction to address the question of the amount of attorneys' fees and costs owed by the City to Local 339 in the event that the Parties were unable to reach agreement as to the amount; and

**WHEREAS**, between January 17, 2023 and October 31, 2023, the Parties continued to negotiate the issue of attorneys' fees, costs and expenses; and

**WHEREAS**, the Parties have reached an agreement resolving Local 339's claim for attorneys' fees, costs, and expenses;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The recitals set forth above are repeated as if fully set forth herein.

2. Upon the "so-ordering" of this Stipulation of Settlement and payment of the Settlement Amount as set forth in ¶¶ 4-6, *infra*, the Action shall be dismissed with prejudice, and without costs, expenses or fees in excess of the Settlement Amount.

---

[1] The Stipulation and Order of Voluntary Dismissal further provides that "[n]othing contained herein shall preclude Local 339 from asserting any and all claims against the City in the event that the City changes the Ordinance and the rules and forms promulgated pursuant thereto so as to impose additional obligations or burdens upon Local 339 beyond those agreed to as part of the current settlement between the Parties."

3. Nothing contained herein shall preclude Local 339 from asserting any and all claims against the City in the event that the City changes the Ordinance and the rules and forms promulgated pursuant thereto so as to impose additional obligations or burdens upon Local 339 beyond those agreed to as part of the January 2023 settlement between the Parties.

4. The City agrees to pay Local 339 in full satisfaction of any and all claims of Local 339 for attorneys' fees, expenses and costs incurred in this Action the amount of Four Hundred Ten Thousand Dollars ($410,000.00) ("the Settlement Amount"), as set forth in ¶ 5, *infra*.

5. The Settlement Amount shall be paid by the City mailing a check in the Settlement Amount, made payable to "Morvillo Abramowitz Grand Iason & Anello P.C., as attorneys," to Morvillo Abramowitz Grand Iason & Anello P.C., 565 Fifth Avenue New York, New York 10017, Att.: Robert J. Anello, Esq.

6. The City shall make payment of the Settlement Amount as set forth in ¶¶ 4 and 5, *supra*, within 90 days of receipt of the following: (1) a copy of this Stipulation executed by Local 339's counsel and "so ordered" by this Court; (2) a release executed by Morvillo Abramowitz Grand Iason & Anello P.C. ("MAGIA") in the form annexed hereto as Exhibit A; (3) a release executed by Local 339 in the form annexed hereto as Exhibit B; and (4) a City Substitute W-9 executed by MAGIA in the form annexed hereto as Exhibit C.

7. Upon the City's payment of the Settlement Amount, Local 339 shall be deemed to have released the City, and all departments, officials, employees, representatives and agents of the City, past and present, in their individual and official capacities, from each and every claim for attorneys' fees, costs and expenses in connection with the Action.

8. This Stipulation is not to be construed as an admission that the City, or any departments, officials, employees, representatives and agents of the City, past and present, in their

individual or official capacities, violated any constitutional rights, violated an applicable law, rule or regulation, or are in any way liable for the claims asserted in the Action or responsible for any of the alleged injuries asserted in the Action.

9. This Stipulation, and the settlement it represents, shall not be used by any Party, and shall not be admissible in any other proceeding, litigation, or settlement negotiation, except in an action or proceeding to enforce the terms of this Stipulation.

10. This Stipulation contains all the terms and conditions agreed upon by the Parties concerning attorneys' fees, costs and expenses in the Action, and no oral or written agreement entered into at any time prior to the execution of this Stipulation regarding the subject matter of this Stipulation shall be deemed to vary the terms and conditions contained herein.

11. The Parties have reviewed and revised this Stipulation, and any rule of construction, by which any ambiguities are to be resolved against the drafting party, shall not be applied in the interpretation of this Stipulation.

12. This Stipulation may be executed in counterparts, and scanned and/or facsimile signatures by the undersigned shall constitute original signatures for filing with the Court.

13. The Court shall retain jurisdiction to enforce the terms of this Stipulation.

Dated:   New York, New York
         November 16, 2023

| | |
|---|---|
| MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.<br>*Attorney for Plaintiff*<br>565 Fifth Avenue<br>New York, NY 10017<br>Tel: (212) 856-9600<br><br>By: _____<br>Robert J. Anello, Esq. | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendant*<br>100 Church Street<br>New York, New York 10007<br>Tel: (212) 356-2183<br><br>By: *Samantha Schonfeld*<br>Samantha Schonfeld<br>Assistant Corporation Counsel |

The Clerk of the Court is directed to terminate all pending motions, adjourn all remaining dates, and close the case.

Dated:     November 17, 2023            SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# **R E L E A S E**

TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT Robert J. Anello, as Principal and on behalf of MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. herein as RELEASOR,

In consideration of the sum of Four Hundred Ten Thousand Dollars and Zero Cents ($410,000.00) by check made payable to "Morvillo Abramowitz Grand Iason & Anello P.C., as attorneys," releases and discharges:

THE CITY OF NEW YORK ("Defendant"), its past and present officials, employees, departments, agencies, representatives, directors, and agents, and their successors and assigns, from any and all liability, claims, and/or rights of action against Defendant arising from or relating to any claims that Releasor, Morvillo Abramowitz Grand Iason & Anello P.C., may have for costs, expenses, and/or attorneys' fees that were accrued or incurred in or concerning the action entitled <u>UNITED SERVICE WORKERS UNION LOCAL 339, IUJAT v. CITY OF NEW YORK</u>, Civil Action No.: 21-cv-5469 (KPF), from the beginning of the world through the date of this Release.

      This Release may not be changed orally, or by written agreement entered into before the execution of this Release.

      The undersigned has read the foregoing release and fully understands it.

      IN WITNESS WHEREOF, I have executed this Release this ____ day of November 2023.

                                                                                          Robert J. Anello

STATE OF NEW YORK    )
                            :    ss.
COUNTY OF NEW YORK )

On this ____ day of November, 2023, before me personally came Robert J. Anello, to me known and known to me to be the individual described herein, or proved to me based upon sufficient documentation, and who executed the forgoing RELEASE.

_____
Notary Public

# EXHIBIT B

**RELEASE**

TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT UNITED SERVICE WORKERS UNION LOCAL 339, IUJAT, Plaintiff, and herein as RELEASOR,

In consideration of the sum of Four Hundred Ten Thousand Dollars and Zero Cents ($410,000.00) by check made payable to "Morvillo Abramowitz Grand Iason & Anello P.C., as attorneys," releases and discharges:

THE CITY OF NEW YORK ("Defendant"), its past and present officials, employees, departments, agencies, representatives, directors, and agents, and their successors and assigns, from any and all liability, claims, and/or rights of action against Defendant arising from or relating to any claims that Releasor, United Service Workers Union Local 339, IUJAT, may have for costs, expenses, and/or attorneys' fees that were accrued or incurred in or concerning the action entitled <u>UNITED SERVICE WORKERS UNION LOCAL 339, IUJAT v. CITY OF NEW YORK</u>, Civil Action No.: 21-cv-5469 (KPF), from the beginning of the world through the date of this Release.

      This Release may not be changed orally, or by written agreement entered into before the execution of this Release.

      The undersigned has read the foregoing release and fully understands it.

      IN WITNESS WHEREOF, I have executed this Release this ___ day of November 2023.

                                                _____
                                                Kevin Barry, President

STATE OF NEW YORK    )
                           : ss.
COUNTY OF _____  )

On this ___ day of November, 2023 before me personally came Kevin Barry, to me known and known to me to be the individual described herein, or proved to me based upon sufficient documentation, and who executed the forgoing RELEASE.

_____
Notary Public

# EXHIBIT C

| DO NOT SUBMIT TO THE IRS - SUBMIT FORM TO THE NEW YORK CITY AGENCY 10/14 REVISION | THE CITY OF NEW YORK SUBSTITUTE FORM W-9: REQUEST FOR TAXPAYER IDENTIFICATION NUMBER & CERTIFICATION | NYC FMS |
|---|---|---|

*TYPE OR PRINT INFORMATION NEATLY. PLEASE REFER TO INSTRUCTIONS FOR MORE INFORMATION.*

## Part I: Vendor Information

1. **Legal Business Name:** (As it appears on IRS EIN records, IRS Letter CP575, IRS Letter 147C -or- Social Security Administration Records, Social Security Card)

2. **If you use DBA, please list below:**

3. **Entity Type (Check one only):**
   - [ ] Church or Church-Controlled Organization
   - [ ] Personal Service Corporation
   - [ ] Non-Profit Corporation
   - [ ] Corporation/LLC
   - [ ] Government
   - [ ] City of New York Employee
   - [ ] Individual/Sole Proprietor
   - [ ] Trust
   - [ ] Joint Venture
   - [ ] Partnership/LLC
   - [ ] Single Member LLC (Individual)
   - [ ] Resident/Non-Resident Alien
   - [ ] Non-United States Business Entity
   - [ ] Estate

## Part II: Taxpayer Identification Number & Taxpayer Identification Type

1. Enter your TIN here: *(DO NOT USE DASHES)*

2. Taxpayer Identification Type (check appropriate box):
   - [ ] Employer ID Number (EIN)
   - [ ] Social Security Number (SSN)
   - [ ] Individual Taxpayer ID Number (ITIN)
   - [ ] N/A (Non-United States Business Entity)

## Part III: Vendor Addresses

| | Number, Street, and Apartment or Suite Number | City, State, and Nine Digit Zip Code or Country |
|---|---|---|
| 1. 1099 Address: | | |
| 2. Account Administrator Address: | | |
| 3. Billing, Ordering & Payment Address: | | |

## Part IV: Exemption from Backup Withholding and FATCA Reporting (See Instructions)

Exemption Code for Backup Withholding _____   Exemption Code for FATCA Reporting _____

## Part V: Certification

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. I am not subject to Backup Withholding because: (a) I am exempt from Backup Withholding, or (b) I have not been notified by the IRS that I am subject to Backup Withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to Backup Withholding, and
3. I am a US citizen or other US person, and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Sign Here:**

_____  _____  _____
Signature                  Phone Number               Date

_____  _____  _____
Print Preparer's Name      Phone Number               Contact's E-Mail Address:

### FOR SUBMITTING AGENCY USE ONLY

Submitting Agency Code: _____   Contact Person: _____

Contact's E-Mail Address: _____   Telephone Number: ( ) _____

Payee/Vendor Code: |__|__|__|__|__|__|__| — |__|__|__|

*DO NOT FORWARD W-9 TO COMPTROLLER'S OFFICE. AGENCIES MUST ATTACH COMPLETED W-9 FORMS TO THEIR FMS DOCUMENTS.*

# The City of New York
## Substitute Form W-9 Instructions

The City of New York, like all organizations that file an information return with the IRS, must obtain your correct Taxpayer Identification Number (TIN) to report income paid to you or your organization. The City uses Substitute Form W-9 to obtain certification of your TIN in order to ensure accuracy of information contained in its payee/vendor database and to avoid Backup Withholding as mandated by the IRS.* We ask for the information on the Substitute Form W-9 to carry out the Internal Revenue laws of the United States (Rev. Proc. 84-65 §11.01). You are required to give us the information.

Any vendor or other payee who wishes to do business with the City of New York must complete the Substitute Form W-9.

### Part I: Vendor Information
1. **Legal Business Name:** An organization should enter the name in IRS records, IRS Letter CP575 or IRS Letter 147C. For individuals, enter the name of the person who will do business with the City of New York as it appears on the Social Security card, or other required Federal tax documents. *Do not abbreviate names.*
2. **DBA (Doing Business As):** Enter your DBA in designated line, if applicable.
3. **Entity Type:** Mark the Entity Type of the individual or organization that will do business with the City of New York.

### Part II: Taxpayer Identification Number and Taxpayer Identification Type
1. **Taxpayer Identification Number:** Enter your nine-digit TIN. See the table and Special Note below for instructions on the type of taxpayer number you should report.
2. **Taxpayer Identification Type:** Mark the appropriate option.
The following table gives the Taxpayer Identification Type that is appropriate for each Entity Type.

| Entity Type | Taxpayer Identification Type |
| --- | --- |
| • Church or Church-Controlled Organization<br>• Personal Service Corporation<br>• Non-Profit Corporation<br>• Corporation / LLC<br>• Government<br>• Individual/Sole Proprietor *who has employees other than him or herself*<br>• Trust<br>• Joint Venture<br>• Partnership / LLC<br>• Single Member LLC *who has employees other than him or herself*<br>• Estate | Employer Identification Number |
| • City of New York Employee<br>• Individual/Sole Proprietor *who does not have employees other than him or herself*<br>• Single Member LLC *who does not have employees other than him or herself* | Social Security Number |
| Resident Alien/Non-Resident | Individual Tax Identification Number |
| Non-United States Business Entity | N/A |
| Custodian account of a minor | The minor's Social Security Number |

### Part III: Vendor Addresses
1. List the locations for tax reporting purposes, administrative and where payments should be delivered.

### Part IV: Backup Withholding and FATCA Exemptions
If you are exempt from Backup Withholding and/or FATCA reporting, enter in the Exemptions box, any code(s) that may apply to you.

**Backup Withholding Exemption Codes:** Generally, Individuals (including Sole Proprietors) are not exempt from Backup Withholding. Additionally, Corporations are not exempt from Backup Withholding when supplying legal or medical services. *If you do not fall under the categories below, leave this field blank.*

The following codes identify payees that are exempt from Backup Withholding:
**1:** An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)
**2:** The United States or any of its agencies or instrumentalities

---

\* Backup Withholding -   According to IRS Regulations, ACS must withhold 28% of all payments if a vendor or payee fails to provide ACS its certified TIN. The Substitute Form W-9 certifies a vendor/payee's TIN.

# The City of New York
## Substitute Form W-9 Instructions

3:  A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or Instrumentalities
4:  A foreign government or any of its political subdivisions, agencies, or instrumentalities
5:  A corporation
6:  A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States
7:  A futures commission merchant registered with the Commodity Futures Trading Commission
8:  A real estate investment trust
9:  An entity registered at all times during the tax year under the Investment Company Act of 1940
10: A common trust fund operated by a bank under section 584(a)
11: A financial institution
12: A middleman known in the investment community as a nominee or custodian
13: A trust exempt from tax under section 664 or described in section 4947

**FATCA Exemption Codes:** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. *If you are only submitting this form for an account you hold in the United States, leave this field blank.*

The following codes identify payees that are exempt from FATCA Reporting:
A:  An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)
B:  The United States or any of its agencies or instrumentalities
C:  A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities
D:  A corporation the stock of which is regularly traded on one or more established securities markets, as described in Reg. section 1.1472-1(c)(1)(i)
E:  A corporation that is a member of the same expanded affiliated group as a corporation described in Reg. section 1.1472-1(c)(1)(i)
F:  A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state
G:  A real estate investment trust
H:  A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940
I:  A common trust fund as defined in section 584(a)
J:  A bank as defined in section 581
K:  A broker
L:  A trust exempt from tax under section 664 or described in section 4947(a)(1)
M:  A tax exempt trust under a section 403(b) plan or section 457(g) plan

### *Part V: Certification*
Please sign and date form in appropriate space. Provide preparer's name, telephone number, and e-mail address. Preparer should be employed by organization.

---

\* Backup Withholding -   According to IRS Regulations, ACS must withhold 28% of all payments if a vendor or payee fails to provide ACS its certified TIN. The Substitute Form W-9 certifies a vendor/payee's TIN.